IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 2 2 2019
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | | |
|---|---|---|
| FRANCISCO CASTILLO-CELAYA, | § | |
| Petitioner, | § | |
| v. | § | 2:17-CV-97-Z |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS, CONCLUSIONS AND RECOMMENDATION, AND DENYING MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE

On September 18, 2019, the United States Magistrate Judge entered findings and conclusions on petitioner's Motion Under Title 28, United States Code section 2255 to Vacate, Set Aside, or Correct Sentence. ECF No. 12. The Magistrate Judge RECOMMENDS that the motion be DENIED. No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the Magistrate Judge, the Court concludes that the findings and conclusions are correct. It is therefore ORDERED that the findings, conclusions, and recommendation of the Magistrate Judge are ADOPTED, and the Motion to Vacate, Set Aside or Correct Sentence is DENIED.

Considering the record in this case and pursuant to Federal Rule of Appellate Procedure 22(b), Rule 11(a) of the Rules Governing Section 2255 Proceedings in the United States District Courts, and Title 28, United States Code section 2253(c), the Court denies a certificate of appealability because petitioner has failed to make "a substantial showing of the denial of a

constitutional right." *Slack v. McDaniel*, 529 U.S. 473, 483 (2000). The Court ADOPTS and incorporates by reference the Magistrate Judge's findings, conclusions, and recommendation filed in this case in support of its finding that petitioner has failed to show (1) that reasonable jurists would find this Court's "assessment of the constitutional claims debatable or wrong," or (2) that reasonable jurists would find "it debatable whether the petition states a valid claim of the denial of a constitutional right" and "debatable whether [this Court] was correct in its procedural ruling." *Id.* at 484.

If petitioner files a notice of appeal, petitioner may proceed *in forma pauperis* on appeal. *See* Fed. R. App. P. 24(a)(3).

**SO ORDERED.**

November 22, 2019

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE